[Nos. 23617-6-II; 23620-6-II. Division Two. October 27, 2000.]

BARBARA A. MCFARLIN-KOSIEC, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 97-2-01415-5, 98-2-00550-2, Daniel J. Berschauer, J., entered July 9, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Foscue, J. Pro Tem.

[No. 24545-1-II. Division Two. October 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WAYNE BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, 95-1-02782-4, Terry D. Sebring, J., entered March 30, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Wang, JJ.

[No. 24601-5-II. Division Two. October 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY A. DAVIES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01284-4, George L. Wood, J., entered March 22, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 24946-4-II. Division Two. October 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY LEE GILL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00332-7, David R. Draper, J., entered July 29, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Foscue, J. Pro Tem. Now published at 103 Wn. App. 435.